**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 23, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00171-CV

---

## YUN ATKINSON, Appellant

## V.

## EQY INVEST OWNERII, LTD, LLP, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2019-31350**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 15, 2024. On March 28, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.